```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
ABRANEIKA WALTERS,                    :
                                      :
                Plaintiff,            :
                                      :         22cv1907 (DLC)
       -v-                            :
                                      :            ORDER
STARBUCKS CORP., TAFSIR MBODJE, and   :
NICK TOBIAS                           :
                                      :
                Defendants.           :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Noting that this action was stayed pending arbitration by an Opinion and Order of August 25, 2022, it is hereby

ORDERED that the parties shall submit a status letter by **January 5, 2024.**

Dated:  New York, New York
        December 14, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge